**Copyrights-In-Suit for IP Address 68.41.134.145**

**ISP:** Comcast Cable
**Location:** Paw Paw, MI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 09/24/2012 |
| Breakfast in Bed | PA0001787253 | 04/16/2012 | 04/17/2012 | 08/12/2012 |
| California Dreams | PA0001780564 | 03/12/2012 | 03/12/2012 | 10/01/2012 |
| Carmen An Afternoon to Remember | PA0001775902 | 02/13/2012 | 02/17/2012 | 03/01/2013 |
| Casual Sex | PA0001820857 | 10/31/2012 | 01/13/2013 | 01/18/2013 |
| Connie True Love | PA0001775903 | 02/08/2012 | 02/17/2012 | 10/15/2012 |
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 11/07/2012 |
| Farewell | PA0001800473 | 08/03/2012 | 08/07/2012 | 11/01/2012 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 09/08/2012 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 01/18/2013 |
| House of the Rising Sun | PA0001806475 | 09/07/2012 | 09/19/2012 | 09/08/2012 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 10/01/2012 |
| Little Lover | PA0001794976 | 04/30/2012 | 05/02/2012 | 11/09/2012 |
| Lovers Quarrel | PA0001814247 | 11/13/2012 | 11/28/2012 | 01/16/2013 |
| Miss Me Not | PA0001817763 | 12/11/2012 | 12/16/2012 | 01/17/2013 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/14/2013 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 09/12/2012 |
| Paradise Found | PA0001783362 | 03/25/2012 | 03/26/2012 | 03/01/2013 |
| Perfect Together | PA0001805262 | 08/29/2012 | 09/19/2012 | 09/08/2012 |
| Photo Fantasy | PA0001808631 | 09/28/2012 | 09/28/2012 | 09/30/2012 |

EXHIBIT B

NWMI25

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Ready for Bed | PENDING | 02/26/2013 | 02/28/2013 | 03/01/2013 |
| Red Hot | PA0001810503 | 10/12/2012 | 10/14/2012 | 10/22/2012 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 09/03/2012 |
| Soul Mates | PA0001813361 | 11/07/2012 | 11/19/2012 | 01/16/2013 |
| Starting Over | PA0001803663 | 08/27/2012 | 09/10/2012 | 09/03/2012 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/06/2012 |
| Sweetest Dreams | PA0001820194 | 01/04/2013 | 01/08/2013 | 01/17/2013 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 01/14/2013 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 09/03/2012 |
| Tiffany Teenagers In Love | PA0001762019 | 12/29/2010 | 11/20/2011 | 10/01/2012 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 01/17/2013 |
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 08/03/2012 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 09/03/2012 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 01/16/2013 |
| Wet Dream | PA0001800357 | 07/20/2012 | 07/20/2012 | 08/02/2012 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 10/07/2012 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/22/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  37**

EXHIBIT B

NWMI25