**Expanded Surveillance of IP Address 68.41.134.145**

**ISP:** Comcast Cable
**Location:** Paw Paw, MI

| Hit Date UTC | Filename |
|---|---|
| 03/17/2013 | x-art_kiera_seth_late_for_work_720.mp4 |
| 03/17/2013 | x-art_logan_bunny_another_night_540.mp4 |
| 03/17/2013 | Spartacus.S03E07.HDTV.x264-ASAP.mp4 |
| 03/17/2013 | Led Zeppelin Collection |
| 03/15/2013 | Do The Right Thing.avi |
| 03/13/2013 | The Hobbit An Unexpected Journey (2012) [1080p] |
| 03/12/2013 | The Hunger Games (2012) 720p MKV x264 AC3 BRrip [Pioneer].mkv |
| 03/12/2013 | Limitless.2011.BRRIP.RC.720p.LINE.XVID.SUSPIRO |
| 03/11/2013 | Shameless.US.S03E08.HDTV.x264-EVOLVE.mp4 |
| 03/09/2013 | 4213413XA_Veronica_The_Dorm_720p.wmv |
| 03/09/2013 | Spartacus.S03E06.HDTV.x264-ASAP.mp4 |
| 03/09/2013 | [X-Art] The Dorm - Veronica [1080p].mov |
| 03/07/2013 | Son.of.Sardar (2012) 1-3 DvDRiP XViD AC3 [MV] |
| 03/01/2013 | x-art_lexi_ready_for_bed_540.mp4 |
| 03/01/2013 | x-art_carmen_paradise_found_720.wmv |
| 03/01/2013 | X-Art - An Afternoon to Remember - Carmen [720p].wmv |
| 02/26/2013 | Shameless.US.S03E06.HDTV.x264-ASAP.mp4 |
| 02/23/2013 | Spartacus.S03E04.HDTV.x264-2HD.mp4 |
| 02/23/2013 | Top.Gear.19x01.HDTV.x264-FoV.mp4 |
| 02/23/2013 | x-art_kaylee_apartment_in_madrid_540.mp4 |
| 02/23/2013 | x-art_connie_sacred_romance_540.wmv |

EXHIBIT C

NWMI25

| Hit Date UTC | Filename |
|---|---|
| 02/23/2013 | X-Art - Heart And Soul - Connie [720p].mov |
| 02/23/2013 | x-art_angelica_a_little_rain_must_fall_540.wmv |
| 02/23/2013 | Contact - Hon Kom Över Mon.rar |
| 02/20/2013 | Sex and Sexuality - Sexuality Today, Sexual Finction and Sexual Deviation (3 volumes) |
| 02/13/2013 | Shameless.US.S03E04.HDTV.x264-2HD.[VTV].mp4 |
| 02/10/2013 | Spartacus.S03E03.HDTV.x264-2HD.mp4 |
| 02/05/2013 | [WoodmanCastingX com] Diora Cooper.mp4 |
| 02/05/2013 | WoodmanCastingX  Alina |
| 02/05/2013 | WakeUpnFuck - Valentina Nappi and Daisy Hot.mp4 |
| 02/05/2013 | [WoodmanCastingX com] Rita Ocelo.mp4 |
| 02/05/2013 | WoodmanCastingX - Conny.mp4 |
| 02/05/2013 | WoodmanCastingX - Casting And Hardcore - Julie Sweet [720p].mp4 |
| 02/05/2013 | WoodmanCastingX  Little Caprice |
| 02/03/2013 | The Body Language Project Dating, Attraction and Sexual Body Language -Mantesh |
| 02/02/2013 | Shameless.US.S03E02.HDTV.x264-ASAP.[VTV].mp4 |
| 02/01/2013 | The.Big.Bang.Theory.S06E10.HDTV.x264-LOL.mp4 |
| 02/01/2013 | WoodmanCastingX - Casting And Hardcore - Brandi Walner.mp4 |
| 02/01/2013 | Little.Caprice.Hardcore-chkm8te.mp4 |
| 02/01/2013 | WoodmanCastingX - Beata Undine.mp4 |
| 02/01/2013 | Emylia Argent - Casting and Hardcore-chkm8te.mp4 |
| 02/01/2013 | The.Big.Bang.Theory.S06E09.HDTV.x264-LOL.mp4 |
| 02/01/2013 | WakeUpNFuck.E83.Tina.Blade.mp4 |
| 02/01/2013 | tania-lubov_x264.mp4 |
| 02/01/2013 | WoodmanCastingX  Casting And Hardcore  Szelina Black, Hana Cute |
| 02/01/2013 | Top.Gear.The.Worst.Car.in.The.History.of.The.World.2012.XViD.AC3-ViBE |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 02/01/2013 | Spartacus.S03E01.720p.HDTV.x264-EVOLVE.mkv |
| 01/31/2013 | The Lord of the Rings The Two Towers THEATRICAL EDITION (2002) [1080p] |
| 01/29/2013 | A Place at the Table - 2013 - DVDRip - XviD - FRSubs - 1xCD [DDR] |
| 01/29/2013 | Exploited Teens - Blondine |
| 01/28/2013 | ExploitedTeens.12.12.14.XXX.WMV-KTR[rbg] |
| 01/28/2013 | Exploited Teens - Little Marie |
| 01/28/2013 | Exploited Teens - Brooke |
| 01/28/2013 | ExploitedTeens 03-08-2012.wmv |
| 01/28/2013 | Exploited Teens - Pretty Girls |
| 01/28/2013 | WoodmanCastingX.com - Hardcore - Little Caprice.mp4 |
| 01/28/2013 | ExploitedTeens.13.01.11.XXX.WMV-KTR |
| 01/28/2013 | ExploitedTeens.13.01.18.XXX.WMV |
| 01/28/2013 | ExploitedTeens.12.12.28.XXX.WMV-KTR[rbg] |
| 01/28/2013 | CD-59 |
| 01/28/2013 | ExploitedTeens 11-05-2012.wmv |
| 01/28/2013 | Exploited Teens - Sweet Pussy Thing |
| 01/28/2013 | ExploitedTeens.12.10.19.XXX.WMV-KTR[rbg] |
| 01/28/2013 | ExploitedTeens.12.12.21.XXX.WMV-KTR[rbg] |
| 01/28/2013 | ktr.et.13.01.25.wmv |
| 01/28/2013 | ExploitedTeens.12.11.09.XXX.WMV-KTR[rbg] |
| 01/28/2013 | wunf.e80.hally.thomas.mp4 |
| 01/28/2013 | CD-51 |
| 01/28/2013 | ExploitedTeens Emily.mpg |
| 01/28/2013 | ExploitedTeens Cameron.wmv |
| 01/28/2013 | Exploited Teens - American Idol |

EXHIBIT C

NWMI25

| Hit Date UTC | Filename |
| --- | --- |
| 01/28/2013 | Exploited Teens - Nice Girl Fucked |
| 01/28/2013 | Beata Undine.mp4 |
| 01/28/2013 | wunf.e81.valentina.nappi.and.daisy.hot.mp4 |
| 01/28/2013 | WakeUpNFuck Ashley Stillar.mp4 |
| 01/20/2013 | ALRO-Install_PDM_FSX.rar |
| 01/19/2013 | The.Hobbit.2012.DVDScr.XVID.AC3.HQ.Hive-CM8 |
| 01/18/2013 | Exploited Black Teens - Egypt Dynasty |
| 01/18/2013 | X-Art - Casual Sex - Caprice, Ivana [1080p].mov |
| 01/18/2013 | Exploited Black Teens - Prada G |
| 01/17/2013 | x-art_ivana_miss_me_not_1080.mov |
| 01/17/2013 | x-art_baby_together_again_720.mp4 |
| 01/17/2013 | Force 2011 Hindi Pre-DvDRip XviD AC3 E-SuB [xRG] |
| 01/17/2013 | X-Art - Warm Inside - Susie, Clover [1080p].mov |
| 01/17/2013 | X-Art - Sweetest Dreams - Clover [1080p].wmv |
| 01/17/2013 | I Hate Luv Storys 2010 Hindi DVDRip XviD E-SuB xRG |
| 01/16/2013 | x_art_gianna_a_love_story_1080.mov |
| 01/16/2013 | x-art_ivy_sebastian_soul_mates_720.mov |
| 01/16/2013 | X-Art - Lovers Quarrel - Ivy [1080p].wmv |
| 01/16/2013 | Susie.Clover.Warm.Inside.XArt.2013.HD_iyutero.com.mov |
| 01/16/2013 | Panzers.Resurreccion.2005.[WwW.LiMiTeDiVx.CoM].[LMD.T34M].By.Geniolisto2.rar |
| 01/14/2013 | x-art_starting_over_jessie_1080.mp4 |
| 01/14/2013 | x-art_angelica_naughty_and_nice_720.wmv |
| 01/14/2013 | Invasion.S01E12.HDTV.XviD-LOL.avi |
| 01/14/2013 | x-art_angie_morning_desires_720.wmv |
| 01/14/2013 | X ART SWEETEST DREAMS |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 01/14/2013 | X-Art - Inside Perfection - Angelica [720p].mov |
| 01/14/2013 | X-Art - Tarde Espanola - Addison [720p].mp4 |
| 01/14/2013 | Louise Hoffsten - Vin av Frihet.wmv |
| 01/14/2013 | VA - Dro Atlantic 11 (Promo 2006) - Pop [www.torrentazos.com].rar |
| 01/12/2013 | Jab Tak Hai Jaan 2012 720p DvDRip CharmeLeon SilverRG |
| 01/01/2013 | Memento (2000) |
| 01/01/2013 | cardio samba.avi |
| 01/01/2013 | Total Recall (2012) COMPLETE DVD Rip by vladtepes3176 |
| 12/27/2012 | Chakravyuh Hindi Movie 2012 DvDScr 720p x264 |
| 12/26/2012 | Student of the Year - DVDRip - XviD - 1CDRip - [DDR] |
| 12/26/2012 | Here Comes the Boom (En) 2012a |
| 12/25/2012 | Batman The Dark Knight [2008] dvd rip nlx |
| 12/21/2012 | The.Hobbit.An.Unexpected.Journey.2012.CAM.READNFO.XVID-26K |
| 12/20/2012 | TonightsGirlfriend - Vanilla - Audrey Bitoni [720p].mp4 |
| 12/20/2012 | The Thompsons.2012.HDrip[Desmiembros.blogspot.com] |
| 12/20/2012 | Momoko.Sunny.Brunette.YoungLegalPorn.2012.FullHD_iyutero.com.mp4 |
| 12/20/2012 | Reno 911-Miami. 2007 |
| 12/19/2012 | Unstoppable (2010) DVDRIP.MP4.ENG {1337x} -mortar12 |
| 12/19/2012 | Avatar.2009.EXTENDED.1080p.BluRay.x264.anoXmous |
| 12/17/2012 | Age of The Hobbit 2012 DVDRip Xvid AC3 UnKnOwN |
| 12/16/2012 | The.Twilight.Saga.Breaking.Dawn.Part.2.2012.NEW.TS.XviD.AC3-ADTRG |
| 12/13/2012 | Cirque du Soleil Worlds Away 2012.DVDRip.XviD.FOCUS |
| 12/13/2012 | Raaz 3 2012 Hindi DVDScr XviD E-SuB xRG |
| 12/12/2012 | The Twilight Saga Breaking Dawn-Part1[2011]BRRip XviD-ETRG |
| 12/08/2012 | ESET NOD 32 Anti-Virus 4.0.468.0 |

EXHIBIT C

NWMI25

| Hit Date UTC | Filename |
|---|---|
| 11/29/2012 | Revolution 2012 S01E08 HDTV x264-LOL[ettv] |
| 11/29/2012 | American.Horror.Story.S02E05.720p.HDTV.X264-DIMENSION.mkv |
| 11/29/2012 | The.Big.Bang.Theory.S06E07.HDTV.x264-LOL.mp4 |
| 11/29/2012 | PBS.Nova.Lost.Treasures.of.Tibet.PDTV.XviD.AC3.MVGroup.org.avi |
| 11/29/2012 | The.Big.Bang.Theory.S06E08.HDTV.x264-LOL.mp4 |
| 11/29/2012 | American.Horror.Story.S02E06.HDTV.x264-LOL.[VTV].mp4 |
| 11/22/2012 | [ www.UsaBit.com ] - Twilight Breaking Dawn Part 2 2012 TS XviD-HELLRAZ0R |
| 11/22/2012 | ExploitedTeens.12.10.26.XXX.WMV-KTR[rbg] |
| 11/20/2012 | Chuck S04E1,2,3,4 |
| 11/19/2012 | TheWire.Season3 |
| 11/13/2012 | Spartacus season 1 Blood And Sand |
| 11/12/2012 | The Borgias - The Complete Season 1 [HDTV] |
| 11/11/2012 | Shameless.US.Season.1.BoRiS |
| 11/11/2012 | Shameless.US.S02 |
| 11/11/2012 | X-Art.12.04.30.Angel.Little.Lover.XXX.1080p.MOV-KTR[rbg] |
| 11/11/2012 | American.Horror.Story.S02E03.720p.HDTV.X264-DIMENSION.mkv |
| 11/09/2012 | X-Art - Dangerous Game - Jasmine [720p].wmv |
| 11/09/2012 | The.Big.Bang.Theory.S06E06.HDTV.x264-LOL.mp4 |
| 11/09/2012 | The Ides of March 2011 DvDRiP XviD-TASTE[EXtraT0rrent] |
| 11/09/2012 | American.Horror.Story.S02E04.720p.HDTV.X264-DIMENSION.mkv |
| 11/08/2012 | American.Horror.Story.S02E02.HDTV.x264-LOL.[VTV].mp4 |
| 11/08/2012 | Revolution.2012.S01E07.HDTV.x264-LOL.mp4 |
| 11/08/2012 | X-Art - Still With Me - Kaylee [720p].wmv |
| 11/08/2012 | x-art_ivy_sebastian_soul_mates_540.mov |
| 11/04/2012 | Transformers Dark of the Moon (2011 ENGLISH)DvDRiP XViD-AXXO |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 11/02/2012 | American.Horror.Story.S02E01.HDTV.x264-LOL.[VTV].mp4 |
| 11/02/2012 | The.Big.Bang.Theory.S06E05.HDTV.x264-LOL.mp4 |
| 11/02/2012 | 12.10.27.x-art_gianna_ibiza_love_540_ImgZilla.mp4 |
| 11/02/2012 | x-art_connie_true_love_540.wmv |
| 11/01/2012 | Het.s?.in.i.Norden.XXX.DVDRip.avi |
| 11/01/2012 | X-Art - Farewell - Jessie [720p].mp4 |
| 10/30/2012 | Bigfoot_Collision_Course_PAL_WII-iCON |
| 10/22/2012 | X-Art - Red Hot - Ariel [1080p].wmv |
| 10/22/2012 | X-Art - Young Passion - Baby [720p].mp4 |
| 10/21/2012 | The.Big.Bang.Theory.S06E02.HDTV.x264-LOL.mp4 |
| 10/19/2012 | The Expendables (2010) 720P HQ AC3 DD5.1 (Externe Eng Ned Subs)TBS |
| 10/18/2012 | Revolution.2012.S01E05.720p.HDTV.X264-DIMENSION.mkv |
| 10/17/2012 | Hardwell Presents Revealed Vol 3 (Inspiron) |
| 10/15/2012 | prnfle303x.mov |
| 10/15/2012 | X-Art - Dangerous Game - Jasmine [1080p].wmv |
| 10/13/2012 | Revolution.2012.S01E04.HDTV.x264-LOL.mp4 |
| 10/07/2012 | X-Art - Wild Things - Silvie, Grace [720p].wmv |
| 10/04/2012 | The.Big.Bang.Theory.S06E01.720p.HDTV.X264-DIMENSION [PublicHD] |
| 10/04/2012 | The Big Bang Theory - The Complete Season 5 [HDTV] + EXTRA |
| 10/01/2012 | X-Art - Photo Fantasy - Maya [1080p].mov |
| 10/01/2012 | x-art_carmen_an_afternoon_to_remember_1080.mov |
| 10/01/2012 | X-Art.12.02.29.Tiffany.Like.The.First.Time.XXX.1080p.MOV-SEXORS |
| 10/01/2012 | X-Art Tiffany California Dreams XXX 1080p porn4all.mov |
| 10/01/2012 | Lockout.UNRATED.BDRip.XviD-COCAIN |
| 10/01/2012 | 10.12.29.X-Art.tiffany_teenagers_in_love_720.mov |

EXHIBIT C

NWMI25

| Hit Date  UTC | Filename |
|---|---|
| 09/29/2012 | Kate Bush Director's Cut 3CD Box Set.zip |
| 09/28/2012 | Puccaandfriends-dvd1 |
| 09/24/2012 | X-Art - Black Lace Bliss - Gianna [720p].mov |
| 09/24/2012 | X-Art - In Bed - Kristen [1080p].mov |
| 09/24/2012 | TED 2012 FULLCAM x264 - KiNGDOM |
| 09/23/2012 | 127.Hours.2010.DVDSCR.AC3.XViD-T0XiC-iNK |
| 09/21/2012 | TRON Legacy (2010) DVDRip XviD-MAXSPEED |
| 09/19/2012 | Microsoft.Windows.XP.Professional.SP3.Integrated.August.2012.SATA.By.Maher.[www.nomaher.com] |
| 09/17/2012 | Microsoft.Windows.7.Ultimate.SP1.x86.Integrated.September.2012.By.Maher.[www.nomaher.com] |
| 09/16/2012 | [ www.Torrenting.com ] - Back.To.The.Future.1985.iNTERNAL.DVDRiP.XViD-aGGr0 |
| 09/15/2012 | The Way Back (2010) DVDRip XviD-MAXSPEED |
| 09/12/2012 | X-Art - Morning Memories - Cindy [720p].wmv |
| 09/11/2012 | Happy.Feet[2006]DvDrip[Eng]-aXXo |
| 09/08/2012 | x-art_mary_ariel_perfect_together_720.wmv |
| 09/08/2012 | X-Art.12.09.07.Jessie.House.Of.The.Rising.Sun.XXX.1080p.MP4-KTR[rbg] |
| 09/08/2012 | Happy Feet 2 2011 DVDSCR XviD-FTW |
| 09/08/2012 | When The Skies Wept Blood |
| 09/08/2012 | x-art_kaylee_ian_first_love_540.mov |
| 09/04/2012 | The Avengers (2012) [1080p] |
| 09/04/2012 | [ www.Torrenting.com ] - The.Avengers.2012.DVDRip.XviD-NYDIC |
| 09/04/2012 | Cora_Sandel_-_Alberte_Och_Jakob-1927-9CD-Audiobook-SE-2007-LzY |
| 09/04/2012 | X-Art.12.08.18.Ivy.This.Side.Of.Paradise.XXX.1080p.MOV-KTR[rbg] |
| 09/04/2012 | X-Art - Unbelievably Beautiful - Silvie [1080p].mov |
| 09/04/2012 | Ransom (Mel Gibson) Xvid.avi |

EXHIBIT C

NWMI25

| Hit Date UTC | Filename |
|---|---|
| 09/04/2012 | The Muppets 2011 DVDSCR XViD-TARD |
| 09/04/2012 | The Avengers (2012) |
| 09/04/2012 | x-art - Leila - Last Night [1080p] |
| 09/04/2012 | leila.Ivy.sidebyside.wmv |
| 09/03/2012 | 0062_Bobbi_Chris.wmv |
| 09/03/2012 | x-art_starting_over_jessie_720.mp4 |
| 08/30/2012 | Continuum S01E05 [720P - HDTV - IMMERSE] |
| 08/30/2012 | Football Manager 2012 |
| 08/30/2012 | ExploitedTeens.12.07.06.XXX.pornalized.wmv |
| 08/28/2012 | [ www.Torrenting.com ] - Prometheus.2012.720P.TS.XViD-26K |
| 08/27/2012 | Hegre-Art - Triple Big O Massage |
| 08/26/2012 | Hegre-Art-2012-07-03 Zana - Intense G-Spot Massage (2012) HDTV |
| 08/26/2012 | Engelie.Triple.Tropical.Orgasm.Massage.HegreArt.2012_iyutero.com.mp4 |
| 08/26/2012 | Hegre-Art Full Pussy Massage HDV [M4V] - pARTS_unKNOWN |
| 08/25/2012 | Hegre-Art Caprice Nude Beach 720p.wmv |
| 08/25/2012 | Hegre-Art Valeri and Lynn Chocolate Orgasm Massage.m4v |
| 08/25/2012 | Erotic.Physio.Massage.Hegre.Art.2012_iyutero.com.mp4 |
| 08/25/2012 | Hegre-Art - The Naked Masseur |
| 08/25/2012 | The_Master_2012_DVDRip_XviD_MVM |
| 08/25/2012 | [Hegre-Art] 2012-08-19 Coxy And Mike Animal Attraction (x58) 7500x10000.rar |
| 08/25/2012 | Damages S01E12 HDTV XviD-XOR [www.thepeerhub.com].avi |

EXHIBIT C

NWMI25