File Hashes for IP Address 68.41.134.145

**ISP:** Comcast Cable
**Physical Location:** Paw Paw, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/01/2013 16:47:16 | 585B2FCF2E05D7C25AF46678513AD8F2AA8012EE | Paradise Found |
| 03/01/2013 08:14:20 | 7F6C2D9AE1E195EFD6560EC6C42DD70857A12941 | Carmen An Afternoon to Remember |
| 03/01/2013 08:02:51 | F8C806DF92D3B1CDD3003B1D9CC43826876F373B | Ready for Bed |
| 01/18/2013 01:44:05 | 060184206D43B879964BC0C6019DA64AF735DC45 | Heart and Soul |
| 01/18/2013 01:36:25 | 556262FE519C46C2E412D54F37AD7A468297F857 | Casual Sex |
| 01/17/2013 15:23:15 | 75FCC3B8A30ADF28BBF215471C4A2325A61C977F | Miss Me Not |
| 01/17/2013 15:23:03 | D7E436AFD5F710E28E2F6D97706D495751967946 | Sweetest Dreams |
| 01/17/2013 15:22:28 | 424DC6B514FD47431F79C2A09158FB9240F381E7 | Together Again |
| 01/16/2013 04:16:02 | 3592BA1AD045251B3893035092370C7AF65ECF15 | Lovers Quarrel |
| 01/16/2013 04:11:16 | 0B9ED66A79B37AD146F5F05000F88AE1FF5BB74E | Warm Inside |
| 01/16/2013 04:02:25 | EDAF16456CBAA9B04EF6F9DF8932F5AF65243DDD | Soul Mates |
| 01/14/2013 04:48:55 | FF6F574E973FBB7EB5E20715C9F6B4135FB7286A | Tarde Espanola |
| 01/14/2013 04:34:50 | 0C18B0C843B2D2C8BB2DE79EA6801075AEA9A44C | Morning Desires |
| 11/09/2012 06:10:50 | E1129C1FEC811992449105DF5B71D3720E3204B7 | Little Lover |
| 11/07/2012 04:30:44 | F0DDABC259253836A28932B365AFB0D1387A1992 | Dangerous Game |
| 11/06/2012 03:45:30 | 391F47E660D11CBE31DD3A03481B332948C7068F | Still With Me |
| 11/01/2012 20:58:04 | F7F3D256F23771D0AF985F28EB99B14553ED4960 | Farewell |
| 10/22/2012 07:06:22 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |
| 10/22/2012 06:27:25 | 734F126C0CE8277035CD1035761185BA1E3B341A | Red Hot |
| 10/15/2012 12:31:57 | 71679AC10279FF767D09C054173F8FFCFB5D0F25 | Connie True Love |
| 10/07/2012 15:06:49 | 3418CA8F89935F424756118B6FEA0B26F3482A19 | Wild Things |
| 10/01/2012 13:07:14 | B77537BDF9B12831968CCF43907BFB05DF0C3B45 | Tiffany Teenagers In Love |

EXHIBIT B

NWMI25

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/01/2012 06:51:59 | 174C62BE8672489BB6BE54EF12431EAA24351B49 | Like The First Time |
| 10/01/2012 06:40:21 | 15E7A0329486A6C983EC33E477A70270FB14B6F1 | California Dreams |
| 09/30/2012 22:45:48 | 9830D15B5D1BC23579ABD22B39A2BF5E6C941628 | Photo Fantasy |
| 09/24/2012 04:55:10 | 1FA2BFA906342B360BBB52CB645F94CD19B3FF4E | Black Lingerie Bliss |
| 09/12/2012 19:48:03 | DF55C4415BD1DDB2DAE91139804053B35B33BBA1 | Morning Memories |
| 09/08/2012 07:58:58 | 3CBE40E75A4B78315F21C16928CFFC5117942228 | Perfect Together |
| 09/08/2012 07:58:04 | 0D19BD0F15613ECF352E208A6A090F798E7E7638 | House of the Rising Sun |
| 09/08/2012 07:55:50 | E618831736A16B827DF5D93C5167A8989E864F36 | First Love |
| 09/03/2012 17:07:46 | 8796D4D4A6EB1162FEE041319F33AC2B1DEEA360 | Starting Over |
| 09/03/2012 17:07:08 | 7A0DE61FAC3ADA9CE6CADDAEE3948EC73C9A43D0 | This Side of Paradise |
| 09/03/2012 16:58:17 | 1814B177454C751B49FA72FB1B790D4F638B84D8 | Side by Side |
| 09/03/2012 16:57:16 | 83467C4AC0B4202F94B287CC2F0A2B38A2F65B6D | Unbelievably Beautiful |
| 08/12/2012 05:56:22 | A84109FC86C20C3D42C2B9D30BFD2F3268D751C8 | Breakfast in Bed |
| 08/03/2012 05:12:37 | 22174B1F979594A885CB59963A97AFFCB0695B5E | Transcendence |
| 08/02/2012 06:47:08 | 6D2969B406B43947528B6A7A2E0E0F7FF04B5DF0 | Wet Dream |

**Total Statutory Claims Against Defendant: 37**

EXHIBIT B

NWMI25